UNITED STATES of America,
Plaintiff-Appellee,

v.

Jose SOLIS, Defendant-Appellant.

No. 16-15670
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(January 9, 2018)

Steven E. Butler, Adam W. Overstreet, Kenyen Ray Brown, George F. May, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Jose Solis, Pro Se

Before WILLIAM PRYOR, JULIE CARNES and HULL, Circuit Judges.

PER CURIAM:

Andrew M. Jones, appointed counsel for Jose Solis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Solis's conviction and sentence are **AFFIRMED**.